# United States District Court

WESTERN DISTRICT OF WASHINGTON

EARL SOLIE

v.

FAEGRE & BENSON, LLP; LYNN SARKO

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5435RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendants' Amended Motion to Transfer to the United States District Court for the District of Alaska (Dkt 5) is GRANTED. Defendant's original motion to transfer the case (Dkt 2) is STRICKEN. The clerk is directed to transfer this case to the United States District Court for the District of Alaska.

August 11, 2009

BRUCE RIFKIN
Clerk

/s/ Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk